PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District |
|---|---|
| Name (under which you were convicted): FREDERICK L HARRIS | Docket or Case No: div 5    31303CF0131 |
| Place of Confinement: JCDC | Prisoner No.: 201604804 |
| Petitioner (include the name under which you were convicted) V. | Respondent (Authorized person having custody of Petitioner) |
| The Attorney General of the State of: Missouri | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Greene County Circuit Judge, 1010 N. Booneville, Springfield, MO 65802

    (b) Criminal docket or case number (if you know): 31303CF0131

2. (a) Date of the judgment of conviction (if you know): August 13th, 2004

    (b) Date of sentencing: 08-13-2004

3. Length of sentence: 5 years

4. In this case, were you convicted on more than one count or of more than one crime? Yes__ No

5. Identify all crimes of which you were convicted and sentenced in this case: Sexual Assault or Disorderly Conduct the DNA matched someone else's descript type)

1

6. (a) What was your plea? (Check one)
   (1) Not guilty ✓
   (2) Guilty ___
   (3) Nolo Contendere (no contest) ___
   (4) Insanity plea ___

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? I pled guilty to a misdemeanor Disorderly Conduct and I pled not guilty to sexual assault.

   (c) If you went to trial, what kind of trial did you have? (check one)
       Jury ___    Judge only ___

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
   Yes ___    No ✓

8. Did you appeal from the judgment of conviction?
   Yes ✓    No ___

9. If you did appeal, answer the following:
   (a) Name of court: Office of Chief Disciplinary Counsel
   (b) Docket or case number (if you know): 31303CF0131
   (c) Result: Not on File
   (d) Date of result (if you know): 08-13-2004
   (e) Citation to the case (if you know): Sexual DV Assault
   (f) Grounds raised: DNA was incoherent. It was a misunderstanding.

   (g) Did you seek further review by a higher state court?    Yes ✓    No ___
   If "Yes," answer the following:
   (1) Name of court: Chief Disciplinary Counsel
   (2) Docket or case number (if you know): 31303CF0131
   (3) Result: Not on File
   (4) Date of result (if you know): N/A

2

(5) Citation of the case (if you know): Sexual DV assault

(6) Grounds raised: Not on File. It was not a DNA match.

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes ___ No ✓
If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: Not on File - Petition pending Ind. Mtn.

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petition, application or motions concerning this judgement of conviction in any state court?

Yes ✓    No ___

11. If your answer to Question 10 was "YES," give the following information:

(a) (1) Name of court: Chief Disciplinary Counsel

(2) Docket or case number (if you know): 31303CF0131

(3) Date of filing (if you know): 08/2004

(4) Nature of the proceeding: _____

(5) Grounds raised: Not on File - I have not had a chance to evaluate, my own eyes. seen to Misdemeanor and Disorderly conduct.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
Yes ✓    No ___

(7) Result: I have to state the cause of action. N.G.

(8) Date of result (if you know): 08/2004

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Chief Disciplinary Counsel

3

(2) Docket of case number (if you know): 31303CF0131

(3) Date of filing (if you know): 08/2016

(4) Nature of the proceeding: I am placing a not-guilty waiver.

(5) Grounds raised: To clear my name under the assumptions of DV.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
Yes ___ No ✓

(7) Result: Petition Not on File as of yet.

(8) Date of Result (if you know): 08/2016

(c) If you file any third petition, application, or motion, give the same information:

(1) Name of court: Chief Disciplinary Counsel

(2) Docket of case number (if you know): 31303 CF0131

(3) Date of filing (if you know): 08/2004

(4) Nature of the proceeding: Not on File - Not guilty.

(5) Grounds raised: I am not guilty.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
Yes ___ No ✓

(7) Result: I am re admitting my Petition.

(8) Date of result (if you know): ___

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: Yes ✓ No ___
(2) Second petition: Yes ✓ No ___
(3) Third petition: Yes ✓ No ___

4

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

N/A

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: I am going to send this to the Supreme Court if this case does not get dropped to a disorderly conduct, or dismissed.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):
I do not match the evidence, I am not the person, I was allowed to view the DNA on file, it existed to another person.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

N/A

(c) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did your raise this issue?
    Yes ✓    No ___

    (2) If you did not raise this issue in your direct appeal, explain why? _____

N/A

(d) **Post-Conviction Proceedings**:

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ✓    No ___

    (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition: I have a habeas corpus on file

        Name and location of the court where the motion or petition was filed: Chief Disciplinary Counsel Filed in Jackson County,

5

Docket or case number (if you know): 31303CF0131

Date of the court's decision: Not on File - I am appealing.

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition?
Yes ___   No ✓

(4) Did you appeal from the denial of your motion or petition?
Yes ✓   No ___

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ✓   No ___

(6) If your answer to Question (d)(4) is "Yes," state

Name and location of the court where the appeal was filed: Chief Disciplinary Counsel, Jackson County.

Docket or case number (if you know): 31303CF0131

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order if available): N/A

(7) If your answer to Question (d)(4) or Questions (d)(5) is "No", explain why you did not raise this issue: This is the proper attachment for these alternative supports.

(e) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground One: I have a habeas corpus on file for review in this preliminary.

**GROUND TWO**: The DNA Matched Someone else's descriptive type.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim): I am not the one who had the effortless DNA match, it was someone else, who I also can be samuled, at an appropriate time, it was not her own nor my DNA.

6

(b) If you did not exhaust your state remedies on Ground Two, explain why: N/A

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ✓     No ___

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why? N/A

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
        Yes ✓     No ___

    (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition: N/A

        Name and location of the court where the motion or petition was filed: N/A

        Docket or case number (if you know): 31303CF0131

        Date of the court's decision: N/A

        Result (attach a copy of the court's opinion or order, if available): N/A

    (3) Did you receive a hearing on your motion or petition?
        Yes ___     No ✓

    (4) Did you appeal from the denial of your motion or petition?
        Yes ___     No ✓

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
        Yes ___     No ✓

    (6) If your answer to Question (d)(4) is "Yes," state:

        Name and location of the court where the appeal was filed: Chief Disciplinary Counsel Jackson County

        Docket or case number (if you know): 31303CF0131

        Date of the court's decision: N/A

        Results (attach a copy of the court's opinion or order if available) N/A

7

Case 6:16-cv-03371-BCW   Document 1   Filed 09/06/16   Page 7 of 14

(7) If your answer to Question (d)(4) or Questions (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground Two: N/A

**GROUND THREE:** Aug-03-2004 Ineffective Counsel - Brady Alex ander Musgrove 51937

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

N/A

(b) If you did not exhaust your state remedies on Ground Three, explain why: N/A

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ___  No ✓

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why? N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ___  No ✓

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

8

Remark (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?
Yes ___    No ✓

(4) Did you appeal from the denial of your motion or petition?
Yes ___    No ✓

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ___    No ✓

(6) If your answer to Question (d)(4) is "Yes," state

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Results (attach a copy of the court's opinion or order if available) N/A

(7) If your answer to Question (d)(4) or Questions (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground Three: Ineffective Assistance of Counsel Aug-13-2004 " Brady Alexander musgrave (S1937) 2550 S Campbell Ste. 900 Springfield MO 65807 (417) 866-0110

**GROUND FOUR:** _____
N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

N/A

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____
N/A

9

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes \_\_\_        No ✓

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why?  N/A

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
        Yes \_\_\_        No ✓

    (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition: N/A

        Name and location of the court where the motion or petition was filed: N/A

        Docket or case number (if you know): N/A

        Date of the court's decision: N/A

        Result (attach of copy of the court's opinion or order, if available): N/A

    (3) Did you receive a hearing on your motion or petition?
        Yes \_\_\_        No ✓

    (4) Did you appeal from the denial of your motion or petition?
        Yes \_\_\_        No ✓

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
        Yes \_\_\_        No ✓

    (6) If your answer to Question (d)(4) is "Yes," state:

        Name and location of the court where the appeal was filed: N/A

        Docket or case number (if you know): N/A

        Date of the court's decision: N/A

        Result (attach a copy of the court's opinion or order if available) N/A

        N/A

Case 6:16-cv-03371-BCW   Document 1   Filed 09/06/16   Page 10 of 14

(7) If your answer to Question (d)(4) or Questions (d)(5) is "No", explain why you did not raise this issue: __N/A__

(e) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground Four: __N/A__

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes ___ No ✓

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: I have a transcript attached that states the following DNA, and the Deposition of evidence.

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __N/A__

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ___ No ✓

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach of copy of any court opinion or order, if available: __N/A__

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal for the judgment you are challenging? Yes ___ No ✓

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: __N/A__

11

Case 6:16-cv-03371-BCW   Document 1   Filed 09/06/16   Page 11 of 14

16. Give the name and address, if you know, of each attorney who represented you in the following state of the judgment you are challenging:

(51937)

(a) At preliminary hearing: Atty S. Huffman, Brady Alexander Musgrave

(b) At arraignment and plea: N/A

(c) At trial: N/A

(d) At sentencing: N/A

(e) On appeal: N/A

(f) In any post-conviction proceeding: N/A

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment you are challenging?    Yes ___    No ✓

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

N/A

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ___    No ✓

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*(see below)

N/A

*The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period limitations shall apply to an application for writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitations period shall run from the latest of:

(A) the date on which the judgment became final by the conclusion of direct review or the

12

Case 6:16-cv-03371-BCW   Document 1   Filed 09/06/16   Page 12 of 14

expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitution right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of true diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitations under this subsection.

Therefore, petitioner **asks** that the Court grant the following relief: I want this case case all to be done, and I want to place some Suing on the Attorney Brady Alexander Musgrave (51937) and on the Judge Calvin R Holden Div 5 or any other relief to which petitioner is entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (Date).

*Frederick L. Harris*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition._____
_____
_____

13

